UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 26 2009
Clerk, U.S. District and
Bankruptcy Courts

Faraud K. Muhammad,                )
                                   )
    Plaintiff,                 )
                                   )
v.                                 )    Civil Action No.  09 0980
                                   )
Secret CIA Agent Star *et al.*,    )
                                   )
    Defendants.                )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and will dismiss the complaint as it is required to do "at any time [it] determines that . . . the action . . . is frivolous." 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a homeless individual in the District of Columbia, sues three individuals he identifies as agents of the Central Intelligence Agency. Plaintiff accuses the defendants of various misdeeds, including defaming his character by "submitt[ing] video recording footage onto a website [depicting him] as a pedophile" and hiding in his food and drink "cyanide poison, a cancer infections virus known to the CIA as [illegible], the HIV virus, syphyllis [sic] and what I believe is a physiologically based toxicokinetic risk assessment drug or photosynthetic chemical [] known as poison acetone." Compl. at 1.

Complaints that describe fantastic or delusional scenarios are subject to dismissal under 28 U.S.C. § 1915(e)(2). *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Moreover, a complaint may be dismissed as frivolous when it lacks "an arguable basis in law and fact," *Brandon v. District of Columbia Bd. of Parole*, 734

F.2d 56, 59 (D.C. Cir.1984), or is based on "fanciful factual allegation[s]." *Neitzke*, 490 U.S. at 325. This complaint satisfies the foregoing conditions and, accordingly, will be dismissed. A separate Order accompanies this Memorandum Opinion.

/s/ Rosemary M. Colly
United States District Judge

Date: May 5, 2009